

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00102-CV

Cathy **GIDDINGS**,
Appellant

v.

Ralph **CURTIS**, M.D.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-06825
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellant Cathy Giddings.

SIGNED November 10, 2015.

_____
Patricia O. Alvarez, Justice